## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 06-cv-02014-REB-MJW

OKUMA NUTRITIONALS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

QFL, INC., a New Jersey corporation, and
RAMA SINGH, an individual,

    Defendants.

## MINUTE ORDER[1]

    The matter before the court is **Plaintiff's Motion for Leave to File Sur-Reply in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction** [#20], filed February 27, 2007, and the sur-reply, attached as an exhibit to the motion, is accepted for filing.

Dated:  March 5, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.