**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02014-REB-MJW

OKUMA NUTRITIONALS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

QFL, INC., a New Jersey corporation, and
RAMA SINGH, an individual,

    Defendants.

---

### MINUTE ORDER[1]

---

The matter before the court is defendants' **Motion to Withdraw Motion to Dismiss for Lack of Personal Jurisdiction** [#27], filed March 20, 2007.  Said motion is **GRANTED**, and the **Defendants' Motion to Dismiss for Lack of Personal Jurisdiction** [#11], filed January 5, 2007, and **Defendants' Reply in Support of Motion to Dismiss for Lack of Personal Jurisdiction** [#19], filed February 9, 2007, are **WITHDRAWN**.

Dated:  March 21, 2007
-------------------------------------------------------------------------------------------------------------

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.