IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02014-REB-MJW

OKUMA NUTRITIONALS, LLC.,

Plaintiff,

v.

QFL, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that this case is set for a Settlement Conference on August 7, 2007, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe five (5) prior to the Settlement Conference. At the Settlement Conference, Plaintiff's Representative Stormy Brettmann shall be present, in person, with counsel J. Lucas McFarland and Defendant's Representative Rama Singh shall be present, in person, with counsel Geoffrey S. Race. Mr. Race shall notify counsel for the Hartford Insurance Company of this Settlement Conference and request that counsel for the Hartford Insurance Company be present for this Settlement Conference.

    It is FURTHER ORDERED that the Plaintiff's Motion for Leave of Court to Increase Number of Permitted Expert Witnesses (docket no. 38) is GRANTED finding good cause shown. The number of expert witnesses that each side may use is increased to three. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  May 30, 2007