# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-02014-REB-MJW | FTR - Courtroom A502 |
| **Date:** November 30, 2007 | Cathy Coomes, Deputy Clerk |
| OKUMA NUTRITIONALS, LLC., | J. Lucas McFarland |
| Plaintiff(s), | |
| v. | |
| QFL, INC., and RAMA SINGH, | Marilyn S. Chappell |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING RE: MOTION TO COMPEL (DN 55)**

**Court in Session:** 3:20 p.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Compel Responses to Written Discovery Requests (Doc. #55, filed 10/10/07). The Court and counsel review the issues in the motion that have been resolved, and the Court approves the stipulations reached by counsel.

**ORDERED:** As stated on the record, Plaintiff's Motion to Compel Responses to Written Discovery Requests (Doc. #55, filed 10/10/07) is GRANTED in part and DENIED in part.

**ORDERED:** Each party will pay their own attorneys' fees and costs.

**Court in recess:** 4:06 p.m.
Total In-Court Time 0:46, hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.