**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02014-REB-MJW

OKUMA NUTRITIONALS, LLC, a Colorado limited liability company,

      Plaintiff,

v.

QFL, INC., a New Jersey corporation, and
RAMA SINGH, an individual,

      Defendants.

---

## MINUTE ORDER[1]

---

      The matter comes before the court on the **Joint Request To Vacate Trial Preparation Conference** [#73], filed April 3, 2008.  The request is **GRANTED**, and the Trial Preparation Conference previously set for April 4, 2008, is **VACATED**.

      Dated:  April 3, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.